UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 23, 2015

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   15-1114,   Lance McCoy v. AAU of the United States, Inc.
            1:13-cv-03744-MJG

TO:   Kerrie A. Campbell
      Edward Smith, Jr.

REQUESTED FORMS DUE: February 26, 2015

The forms identified below must be separately and electronically filed in the clerk's office by the due date shown. The forms are available for completion as links from this notice or at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

---

[X] Disclosure of corporate affiliations

---

[X] Appearance of counsel [Counsel must have completed electronic case filing [ECF] registration **and**, if not admitted to this court, counsel must complete and submit an application for admission **prior to** filing an appearance. An appearance on behalf of an attorney who has not met these filing requirements will not be accepted.]

---

Amy L. Carlheim, Deputy Clerk
804-916-2702