FILED: March 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1114

(1:13-cv-03744-MJG)

_____

LANCE MCCOY

    Plaintiff - Appellant

v.

AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.

    Defendant - Appellee

and

BRYANT NEWMUIS; FREDDIE HENDRICKS TRACK CLUB, An Affiliate Organization of The Amateur Athletic Union

    Defendants

_____

O R D E R

_____

Upon consideration of the motion to redact page 31 of the joint appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk